## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| R.J., a minor, | ) | |
| By and through her mother, | ) | |
| And Natural Guardian, Candace Cantrall | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Gagan Singh, M.D. | ) | |
| | ) | Case No. 1:19-cv-053 |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Virtual Radiologic Corporation | ) | |
| d/b/a vRad | ) | |
| | ) | |
| Defendant. | ) | |

_____

**IT IS ORDERED:**

A status conference will be held before the Magistrate Judge on December 17, 2019, at 1:30 p.m.  The conference will be conducted via telephone conference.  To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 25th day of July, 2019.



*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court